UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X
EDDY MELENDEZ, individually and on behalf of all others similarly situated,

                               Plaintiff,

Civil Action No.
3:22-cv-04507-ZNQ-DEA

-against-

LL FLOORING, INC. f/k/a LUMBER LIQUIDATORS INC. a/k/a LL FLOORING DESIGNS, and LESTER LOCKWOOD,

                              Defendants.
-------------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

    **WHEREAS**, Defendants have not appeared or served an answer in this matter; and

    **WHEREAS,** Plaintiff has not entered into any settlement agreement with Defendants and seeks to discontinue this action without prejudice;

    **NOW THEREFORE**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eddy Melendez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants.

Dated: New York, New York
         August 4, 2022

                                                     */s/ Nicole Grunfeld*
                                                     Nicole Grunfeld
                                                     Katz Melinger PLLC
                                                     370 Madison Avenue, Suite 1512
                                                     New York, New York 10017
                                                     T: (212) 460-0047
                                                     F: (212) 428-6811
                                                     ndgrunfeld@katzmelinger.com
                                                     *Attorneys for Plaintiffs*