UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
EDDY MELENDEZ, individually and on behalf of all others similarly situated,

                    Plaintiff,

-against-

LL FLOORING, INC. f/k/a LUMBER LIQUIDATORS INC. a/k/a LL FLOORING DESIGNS, and LESTER LOCKWOOD,

                    Defendants.
------------------------------------------------------------------------X

Civil Action No.
3:22-cv-04507-ZNQ-DEA

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

**WHEREAS**, Defendants have not appeared or served an answer in this matter; and

**WHEREAS,** Plaintiff has not entered into any settlement agreement with Defendants and seeks to discontinue this action without prejudice;

**NOW THEREFORE**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eddy Melendez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants.

Dated: New York, New York
August 4, 2022

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 8/5/2022

*/s/ Nicole Grunfeld*
Nicole Grunfeld
Katz Melinger PLLC
370 Madison Avenue, Suite 1512
New York, New York 10017
T: (212) 460-0047
F: (212) 428-6811
ndgrunfeld@katzmelinger.com
*Attorneys for Plaintiffs*